Jonathan R. Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019-3792
(212) 649-2010 (ph.)
(212) 649-2035 (fax)
jdonnellan@hearst.com
rsitwala@hearst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HEARST COMMUNICATIONS, INC.,

    Plaintiff,

v.                                                              Civil Action No. 08-CV-5413 (AKH) (RLE)
                                                                  **ECF Case**

COSMO SENIOR BORROWER, LLC; and     Plaintiff's Rule 7.1 Statement
3700 ASSOCIATES, LLC,

    Defendant.


       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Hearst Communications, Inc. identifies the following parent corporations and any publicly held

company that owns 10% or more of the stock of Hearst Communications, Inc.:

       Hearst Communications, Inc. is a wholly owned subsidiary of The Hearst Corporation,

which is privately held. No publicly held corporation owns 10% or more of the stock of Hearst

Communications, Inc.

Dated: June __, 2008

                                                  Respectfully submitted,

                                                  _/s/_____

| OF COUNSEL: | |
|---|---|
| | Jonathan R. Donnellan |
| Theodore H. Davis Jr. | Ravi V. Sitwala |
| Olivia Maria Baratta | THE HEARST CORPORATION |
| Lauren T. Estrin | 300 West 57th Street |
| KILPATRICK STOCKTON LLP | New York, New York 10019-3792 |
| 1100 Peachtree Street | (212) 649-2010 (ph.) |
| Suite 2800 | (212) 649-2035 (fax) |
| Atlanta, Georgia 30309-4530 | jdonnellan@hearst.com |
| (404) 815-6500 (ph.) | rsitwala@hearst.com |
| (404) 815-6555 (fax) | |
| | Attorneys for Plaintiff |