# AFFIDAVIT OF SERVICE    CASE NO. 08CV5413

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF NEW    STATE OF **NEW YORK**

*Hearst Communications, Inc.*    Plaintiff(s)/Petitioner(s)

vs

*Cosmo Senior Borrower, LLC; and 3700 Associates, LLC*    Defendant(s)/Respondent(s)

County of **Clark**, State of **Nevada**

**Jose Villegas**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **June 17, 2008** at **11:00 AM** at **Resident Agent L And R Service Company of Nevada, LLC., 3993 Howard Hughes Parkway, Ste. 600, Las Vegas, NV 89169** affiant served the within:

**Summons in a Civil Action**
**Complaint**
**Electronic Case Filing Rules & Instruction / Individual Practice of Magistrate Judge Ronald L. Ellis**
**Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York**
**Plaintiff's Rule 7.1 Statement / Civil Cover Sheet**

UPON: **3700 Associates, LLC**, **Defendant** (herein called recipient) therein named.

INDIVIDUAL [ ] by delivering a true copy of each to said recipient personally.

CORPORATION [x] A **Nevada** corporation, by delivering thereat a true copy of each to **Linda S. Howell** personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Paralegal** thereof.

SUITABLE AGE PERSON [ ] by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day____ Date____ Time____ Day____ Date____ Time____
Day____ Date____ Time____ Day____ Date____ Time____

MAILING COPY [ ] Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of Nevada on _____.
[ ] The above mailing was made by certified mail (Receipt No. _____).

DESCRIPTION [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female**   Color of skin **White**   Color of hair **Brown**   Approx. Age **41 - 50 Yrs.**
Approx. Height **5' 4" - 5' 8"**   Approx. weight **131 - 160 Lbs.**   Other _____

WITNESS FEES [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Affiant was able to identify recipient from annexed photo.

MILITARY SERVICE [ ] To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Subscribed and sworn to before me this 17th day of June, 2008

*Millie O'Connor*
Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MILLIE O'CONNOR
Appt. No. 07-1375-1
My Appt. Expires Jan. 4, 2011

Affiant – Jose Villegas
Legal Process Service, Lic. 604

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101