```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
HEARST COMMUNICATIONS, INC.,                                :
                                                            :
                              Plaintiff,                    :   ECF CASE
                                                            :
                - against -                                 :   08 Civ. 5413 (AKH)
                                                            :
COSMO SENIOR BORROWER, LLC; and 3700                        :   **STIPULATION**
ASSOCIATES, LLC,                                            :   **AND ORDER**
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1.  Plaintiff Hearst Communications, Inc. has agreed to grant Defendants Cosmo Senior Borrower, LLC and 3700 Associates, LLC a fourteen (14)-day extension of time, to and including July 21, 2008, to file a responsive pleading to the Complaint in this action.

| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | THE HEARST CORPORATION |
|---|---|
| By: _/s/_ James W. Dabney | By: _/s/_ Jonathan R. Donnellan |
| James W. Dabney | Jonathan R. Donnellan |
| Victoria J. B. Doyle | Ravi V. Sitwala |
| One New York Plaza | 300 West 57 Street |
| New York, NY 10004-1980 | New York, NY 10019-3792 |
| Telephone: 212.859.8000 | Telephone: 212.649.2051 |
| Facsimile: 212.859.4000 | Facsimile: 212.649.2035 |

Attorneys for Defendants
COSMO SENIOR BORROWER, LLC;
and 3700 ASSOCIATES, LLC

Date: 7|2|08

Attorneys for Plaintiff
HEARST COMMUNICATIONS, INC.

Date: 7/2/08

SO ORDERED:

*[signature]*

Date: 7-7-08

The Honorable Alvin K. Hellerstein
United States District Judge, Southern District of New York

7067884