```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                   :

HEARST COMMUNICATIONS, INC.,         :

                    Plaintiff,     :        ECF CASE

           - against -         :        08 Civ. 5413 (AKH)

COSMO SENIOR BORROWER, LLC; and 3700    :        **STIPULATION**
ASSOCIATES, LLC,               :        **AND ORDER**

                  Defendants.   :
-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1.    Plaintiff Hearst Communications, Inc. has agreed to grant Defendants Cosmo Senior Borrower, LLC and 3700 Associates, LLC an additional seven (7)-day extension of time, to and including July 28, 2008, to file a responsive pleading to the Complaint in this action.

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
     James W. Dabney
     Victoria J. B. Doyle

One New York Plaza
New York, NY 10004-1980
Telephone: 212.859.8000
Facsimile: 212.859.4000

THE HEARST CORPORATION

By: _____
     Jonathan R. Donnellan
     Ravi V. Sitwala

300 West 57 Street
New York, NY 10019-3792
Telephone: 212.649.2051
Facsimile: 212.649.2035

Attorneys for Defendants
COSMO SENIOR BORROWER, LLC;
and 3700 ASSOCIATES, LLC

Attorneys for Plaintiff
HEARST COMMUNICATIONS, INC.

Date: 7 | 16 | 08

Date: 7/16/ 08

SO ORDERED:

The Honorable Alvin K. Hellerstein
United States District Judge, Southern District of New York

Date: 7/18/08

7075773

- 2 -