UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

------------------------------------------------------x

HEARST COMMUNICATIONS, INC.,

                Plaintiff,

   - against -

COSMO SENIOR BORROWER, LLC; and 3700
ASSOCIATES, LLC,

                Defendants.

------------------------------------------------------x

ECF CASE

08 Civ. 5413 (AKH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Plaintiff Hearst Communications, Inc. has agreed to grant Defendants Cosmo Senior Borrower, LLC and 3700 Associates, LLC an additional fourteen (14)-day extension of time, to and including August 11, 2008, to file a responsive pleading to the Complaint in this action.

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
James W. Dabney
Victoria J. B. Doyle

One New York Plaza
New York, NY 10004-1980
Telephone: 212.859.8000
Facsimile: 212.859.4000

THE HEARST CORPORATION

By: _____
Jonathan R. Donnellan
Ravi V. Sitwala

300 West 57 Street
New York, NY 10019-3792
Telephone: 212.649.2051
Facsimile: 212.649.2035

Attorneys for Defendants
COSMO SENIOR BORROWER, LLC;
and 3700 ASSOCIATES, LLC

Date: 7/24/08

Attorneys for Plaintiff
HEARST COMMUNICATIONS, INC.

Date: 7/24/08

SO ORDERED:

_____
The Honorable Alvin K. Hellerstein
United States District Judge, Southern District of New York

Date: 7/25/08

7080453

- 2 -