USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HEARST COMMUNICATIONS, INC.,

                     Plaintiff,

      - against -

COSMO SENIOR BORROWER, LLC; and 3700 ASSOCIATES, LLC,

                    Defendants.

------------------------------------------------------------x

ECF CASE

08 Civ. 5413 (AKH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Plaintiff Hearst Communications, Inc. has agreed to grant Defendants Cosmo Senior Borrower, LLC and 3700 Associates, LLC an additional fourteen (14)-day extension of time, to and including August 25, 2008, to file a responsive pleading to the Complaint in this action.

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
    James W. Dabney
    Victoria J. B. Doyle

One New York Plaza
New York, NY 10004-1980
Telephone: 212.859.8000
Facsimile: 212.859.4000

THE HEARST CORPORATION

By: _____
    Jonathan R. Donnellan
    Ravi V. Sitwala

300 West 57 Street
New York, NY 10019-3792
Telephone: 212.649.2051
Facsimile: 212.649.2035

Attorneys for Defendants
COSMO SENIOR BORROWER, LLC;
and 3700 ASSOCIATES, LLC

Date: 8|7|08

Attorneys for Plaintiff
HEARST COMMUNICATIONS, INC.

Date: 8/7/08

SO ORDERED:

*[signature]*                    Date: 8-8-08

The Honorable Alvin K. Hellerstein
United States District Judge, Southern District of New York

7087664