UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
HEARST COMMUNICATIONS, INC.,

                            Plaintiff,

            - against -

COSMO SENIOR BORROWER, LLC and 3700
ASSOCIATES, LLC,

                           Defendants.
------------------------------------------------------------------------ x

**ECF CASE**

08 Civ. 5413 (AKH)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for defendants Cosmo Senior Borrower, LLC and 3700 Associates, LLC (each a private non-governmental party) certifies as follows:  The corporate parent of each defendant is TCC Las Vegas, LLC, a Nevada LLC, and no publicly held corporation owns 10% or more of the stock of either defendant.

Dated:    New York, New York
            August 25, 2008

                                             Respectfully submitted,

                                             FRIED, FRANK, HARRIS, SHRIVER
                                               & JACOBSON LLP

                                             By: /s/ James W. Dabney_____
                                                   James W. Dabney
                                                   Victoria J. B. Doyle
                                                   Mitchell E. Epner

                                             One New York Plaza
                                             New York, New York  10004-1980
                                             (212) 859-8000
                                             james.dabney@friedfrank.com
                                             Attorneys for Defendants